ON RETURN TO REMAND
On remand, the juvenile court ordered the clerk "to immediately supplement the record in this cause with the petition originally filed in this cause and the Motion to Transfer this case to the Circuit Court filed by the District Attorney of Talladega County." The record on appeal now contains the petition alleging delinquency and the prosecutor's motion to transfer. Those documents were apparently inadvertently omitted from the original record. Therefore, the juvenile court was not without jurisdiction to enter the certification order because of a lack of those documents.
The judgment of the juvenile court transferring the appellant to circuit court for prosecution as an adult for the crime of murder is affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur.